**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6340**

---

ALVIN J. PATTERSON,

                              Petitioner - Appellant,

        versus

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS,

                              Respondent - Appellee.

---

**No. 99-6341**

---

ALVIN J. PATTERSON,

                              Petitioner - Appellant,

         versus

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS,

                              Respondent - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge. (CA-98-545-AM)

---

Submitted:  July 6, 1999              Decided:  July 16, 1999

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Alvin J. Patterson, Appellant Pro Se.  Eugene Paul Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin J. Patterson seeks to appeal the district court's order granting Respondent's motion to dismiss and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. See <u>Patterson v. Director of VA Dep't of Corr.</u>, No. CA-98-545-AM (E.D. Va. Feb. 8, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The district court order was filed February 4, 1999.

3